| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | JEREMY S. KROGER, Bar # 258956 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | JESUS JIMENEZ-RINCON |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:11-cr-00046 LJO |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION TO CONTINUE |
| | ) STATUS CONFERENCE; |
| JESUS JIMENEZ-RINCON, | ) ORDER THEREON |
| Defendant. | ) Date: January 9, 2012 |
| | ) Time: 1:00 p.m. |
| | ) Dept : Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-referenced action now scheduled for November 14, 2011, **may be continued to January 9, 2012 at 1:00 p.m.**

The defense requests this new date so that Mr. Rincon and his family have time to look for and retain new counsel, and so that new counsel has time to get up to speed before the next status conference. The requested continuance will conserve time and resources for all parties and the Court.

///

///

///

///

///

1     The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

                              BENJAMIN B. WAGNER
                              United States Attorney

DATED: November 14, 2011     By:    /s/ Yasin Mohammad
                                              YASIN MOHAMMAD
                                              Assistant United States Attorney
                                              Attorney for Plaintiff

                              DANIEL J. BRODERICK
                              Federal Defender

DATED: November 14, 2011     By:    /s/ Jeremy S. Kroger
                                              JEREMY S. KROGER
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              Jesus Jimenez-Rincon

## **O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B). (N.B.: This is continued from December 5th, 2011, not November 14).

    IT IS SO ORDERED.

**Dated:  November 14, 2011**             /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE