| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | JEREMY S. KROGER, Bar # 258956 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | JESUS JIMENEZ-RINCON |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:11-cr-00046 LJO |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION TO CONTINUE |
| v. | ) STATUS CONFERENCE; |
| | ) ORDER THEREON |
| JESUS JIMENEZ-RINCON, | ) |
| | ) Date: April 2, 2012 |
| Defendant. | ) Time: 8:30 a.m. |
| | ) Dept : Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-referenced action now scheduled for February 6, 2012, **may be continued to April 2, 2012 at 8:30 a.m.**

The parties request this continuance because they are engaged in active plea negotiations and need this time to resolve the case. The requested continuance will conserve time and resources for all parties and the Court.

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further plea negotiation and defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

BENJAMIN B. WAGNER
United States Attorney

DATED: February 2, 2012  By:  /s/ Yasin Mohammad
YASIN MOHAMMAD
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: February 2, 2012  By:  /s/ Jeremy S. Kroger
JEREMY S. KROGER
Assistant Federal Defender
Attorney for Defendant
Jesus Jimenez-Rincon

# **O R D E R**

Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B). Good Cause exists.

IT IS SO ORDERED.

**Dated:   February 2, 2012**           /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE