| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424<br>Federal Defender |
| 2 | JEREMY S. KROGER, Bar # 258956<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226<br>Telephone: (559) 487-5561 |
| 5 | |
| 6 | Attorney for Defendant<br>JESUS JIMENEZ-RINCON |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:11-CR-00046 LJO |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION TO CONTINUE<br>) SENTENCING SCHEDULE AND HEARING<br>) AND ORDER |
| JESUS JIMENEZ-RINCON, | ) |
| Defendant. | ) Date: August 6, 2012<br>) Time: 8:30 a.m.<br>) Dept : Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the sentencing hearing in the above-referenced action now scheduled for July 30, 2012, and the associated filing dates, **may be continued one week to August 6, 2012 at 8:30 a.m.**

The parties request this one-week continuance for continuity of counsel because defense counsel is unavailable on July 30, 2012. Further, the parties agree that informal objections may be filed on **July 16, 2012,** and formal objections on **July 30, 2012.**

///

///

///

///

1    The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2    justice, including but not limited to, the need for the period of time set forth herein for further plea
3    negotiation and defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

BENJAMIN B. WAGNER
United States Attorney

DATED: June 13, 2012            By:     /s/ Yasin Mohammad
                                        YASIN MOHAMMAD
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: June 13, 2012            By:     /s/ Jeremy S. Kroger
                                        JEREMY S. KROGER
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        Jesus Jimenez-Rincon


**O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated:  June 14, 2012**              /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE

Jimenez-Rincon / Stipulation to Continue Status
Conference Hearing; Order Thereon        2